```
1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  LARA L. MILLER
   Nevada Bar No. 12618
3  PHILLIPS, SPALLAS & ANGSTADT LLC
   504 South Ninth Street
4  Las Vegas, Nevada 89101
5  (702) 938-1510

6  Attorneys for Defendant
7  Wal-Mart Stores, Inc.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORIE LINTHICUM, individually,<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.; DOES I-V; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00456-JCM-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 21st day of December 2012.          DATED this 1ST day of February 2012.

**GLEN J. LERNER & ASSOCIATES**                 **PHILLIPS, SPALLAS & ANGSTADT**

/s/ _____                     /s/ _____
Joseph F. Schmitt, Esq.                         Lara L. Miller
4795 South Durango Drive                        504 South Ninth Street
Las Vegas, Nevada 89147                         Las Vegas, Nevada 89101
*Attorney for Plaintiff*                        *Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 2nd day of February, 2012.

_____
**U.S. DISTRICT COURT JUDGE**